# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02662-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

CLARENCE KING,

      Applicant, named as Plaintiff,

v.

MICHAEL MILLER, Warden[,] Crowley County Correctional Facility,

      Respondent, named as Defendant.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

      Applicant, Clarence King, named as Plaintiff, is a prisoner in the custody of the

Colorado Department of Corrections who currently is incarcerated at the Crowley

County Correctional Facility in Olney Springs, Colorado.  He submitted *pro se* a

document titled "Petition for Relief From a Conviction of Sentence by a Person in State

Custody (Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)" (ECF No. 1).

As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has

determined that the submitted document is deficient as described in this order.

Applicant will be directed to cure the following if he wishes to pursue any claims in this

court in this action.  Any papers that Applicant files in response to this order must

include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   <u>X</u>    is not submitted
(2)   <u>  </u>    is missing affidavit

(3) __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) X is missing certificate showing current balance in prison account
(5) __ is missing required financial information
(6) __ is missing an original signature by the prisoner
(7) __ is not on proper form (must use the court's current form)
(8) __ names in caption do not match names in caption of complaint, petition or habeas application
(9) X other: § 1915 motion and affidavit and certificate showing current balance in prison account only are necessary if $5.00 filing fee is not paid in advance

**Complaint, Petition or Application**:
(10) __ is not submitted
(11) X is not on proper form
(12) __ is missing an original signature by the prisoner
(13) __ is missing page nos. ___
(14) __ uses et al. instead of listing all parties in caption
(15) __ names in caption do not match names in text
(16) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17) __ other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers that Applicant files in response to

this order must include the civil action number on this order.  It is

FURTHER ORDERED that Applicant shall obtain the court-approved forms for

filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §

1915 in a Habeas Corpus Action and an Application for Writ of Habeas Corpus

Pursuant to 28 U.S.C. § 2254 (with the assistance of his case manager or the facility's

legal assistant), along with the applicable instructions, at www.cod.uscourts.gov, and

use those forms in curing the designated deficiencies.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the action will be dismissed

without further notice.  The dismissal shall be without prejudice.

DATED September 26, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge